# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

LAWANDA SMITH, INDIVIDUALLY
AND ON BEHALF OF KARLOS D.
SMITH AND DIANA GRAHAM

VERSUS

NATIONAL GENERAL INSURANCE
COMPANY AND HEATHER HOLLOWAY

NO.   2019 CW 1441

FEB 1 0 2020

---

In Re:   Lawanda Smith, individually and on behalf of Karlos D. Smith and Diana Graham, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, Nos. 671218 c/w 671222.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT NOT CONSIDERED.**   Plaintiffs, Lawanda Smith, individually and on behalf of Karlos D. Smith and Diana Graham, failed to timely file this writ application from the March 29, 2019 district court judgment.  As this court did not remand the matter to the district court, or otherwise invite the district court to issue an amended judgment, the September 30, 2019 amended judgment is null and cannot provide a basis for supervisory review.  See **Hernandez v. Excel Contractors, Inc.,** 2018-1091 (La. App. 1st Cir. 3/13/19), 275 So.3d 278 & **Marrero v. Manheim Auctions, Inc.,** 2019-0365 (La. App. 1st Cir. 11/19/19), ___ So.3d ___, 2019 WL 6167832.  Accordingly, plaintiffs failed to provide documentation that this writ application was timely filed under Rules 4-2 and 4-3, Uniform Rules of Louisiana Courts of Appeal.

Supplementation of this writ application and/or an application for rehearing will not be considered.  Rules 2-18.7 & 4-9, Uniform Rules of Louisiana Courts of Appeal.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT